

SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EURHO JOE,**  <br> Plaintiff, <br><br> -v- <br><br> **SUPREME COURT OF CALIFORNIA** <br> Defendant. | Case No. **22-cv-03155-SVK** <br><br> **PROOF OF SERVICE** |

FILED JUN 22 2022 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1. At the time of service. I was at least 18 years of age and not a party to this legal action.
2. My residence address is 165 Kiely Blvd, Santa Clara, CA 95051.
3. On **May 31, 2022**, I mailed a copy of the following document(s):

   **Complaint for Violation of Civil Rights & Attachment to Complaint,**
   **and Order Setting Initial Case Management and ADR Deadlines.**

   a. [ **X** ] I served a copy of the document identified above by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

   Place of Mailing: US Post Office, 1050 Kiely Blvd Santa Clara, CA 95051

   Executed on May 31, 2022 at Santa Clara

   b. The envelopes were addressed as follows:

   Tani Gorre Cantil-Sakauye
   Chief Justice
   Supreme Court of California
   350 McAllister Street Room 1295
   San Francisco, CA 94102-4797

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Date: May 31, 2022,

by _IBKim_
Ik bae Kim